UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:

BRIAN A BREWER

CASE NO: 07-32248

(Chapter 13)

Debtor

JUDGE LAWRENCE S. WALTER

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4072503**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 7/ 3 | EVERHOME MORTGAGE COMPANY<br>8100 NATIONS WAY<br>JACKSONVILLE, FL  32256 | 71.55 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/21/2011

Certificate of Service                    07-32248

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

BRIAN A BREWER                    RICHARD P ARTHUR              (3.1)
3009 S. SMITHVILLE ROAD           1634 S SMITHVILLE RD          EVERHOME MORTGAGE COMPANY
DAYTON, OH  45420                 DAYTON, OH  45410             8100 NATIONS WAY
                                                                JACKSONVILLE, FL  32256

              Jeffrey M. Kellner BY        ___/s/ Jeffrey M. Kellner_____      sv